No. 00–8429. SHABAZZ *v.* KEATING, GOVERNOR OF OKLAHOMA, ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 00–8721. GYADU *v.* FRANKL ET AL. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 00M80. PIERCE *v.* UNITED STATES;

No. 00M81. DAVENPORT *v.* NORTHEAST GEORGIA MEDICAL CENTER, INC.;

No. 00M82. RYAN ET AL. *v.* BROWN ET AL.; and

No. 00M83. OWENS *v.* ALLEN CORRECTIONAL CENTER ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 129, Orig. VIRGINIA *v.* MARYLAND. Motion of Maryland for leave to file an amendment to its answer and counterclaim granted, and the amendment is referred to the Special Master. [For earlier order herein, see, *e. g.,* 531 U. S. 1140.]